UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH SODL,<br><br>        Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | CASE NO. 2:18-CV-00632-BAT<br><br>**ORDER GRANTING EAJA FEES AND COSTS** |

Plaintiff requests attorney's fees in the amount of $5,419.32 pursuant to 42 U.S.C. § 406(b), which amount represents a total fee of $20,295.15, when previously awarded fees under the Equal Access to Justice Act (EAJA) are considered. Dkt. 21. The Commissioner has no objection and notes that the agency plans to issue an updated notice of award, counsel have conferred, and even with the updated notice of award, Plaintiff is seeking less than 25% of past due benefits. Dkt. 26.

Accordingly, it is hereby **ORDERED** that attorney's fees in the amount of $5,419.32 be awarded to Dellert Baird Law Offices, PLLC, pursuant to 42 U.S.C. § 406(b). This amount contemplates the previously awarded EAJA fee, so no offset shall be applied.

DATED this 7th day of August, 2019.

                                                                                               _____
                                                                                               BRIAN A. TSUCHIDA
                                                                                               Chief United States Magistrate Judge